Decided February 10, 2012

## IN RE VALERIE G.

The petition by the intervenor for certification for appeal from the Appellate Court, 132 Conn. App. 652 (AC 33353), is denied.

*Erich H. Gaston,* in support of the petition.

*John E. Tucker,* assistant attorney general, in opposition.

Decided February 10, 2012